UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EIGHTY FOUR THOUSAND ONE HUNDRED
THREE DOLLARS AND THIRTEEN CENTS
($84,103.13) SEIZED FROM JP MORGAN BANK
ACCOUNT #716420930; THIRTEEN THOUSAND
THREE HUNDRED SIXTY FOUR DOLLARS IN
UNITED STATES CURRENCY ($13,364.00);

    Defendants *In Rem*.
_____/

Civil No. 10-cv-10742
Honorable George Caram Steeh
Magistrate Judge R. Steven Whalen

## **DEFAULT JUDGMENT AGAINST GENEVA BOLDEN-CAMP AND ALL INTERESTED PARTIES**

This matter having come before the Court on Plaintiff's Motion For Default Judgment, and the Court having reviewed the pleadings and being fully advised in the premises; now therefore;

**IT IS HEREBY ORDERED** that the Government's Motion for Default Judgment is taken under advisement as to Claimants Reginald Camp and Leon Camp. (See Docket Entries Nos. 6 and 7).

**IT IS FURTHER ORDERED** that Default Judgment against all other persons as to all Defendants *in rem*, including Geneva Bolden-Camp, as to $9,864.00 of the Defendant *in rem*, $13,364.00 in United States Currency claimed by Geneva Bolden-Camp (See Docket Entry No. 5), is **GRANTED** and **ENTERED**.

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of Geneva Bolden-Camp, her successors and assigns, as to $9,864.00 of the Defendant *in rem* $13,364.00 in United States Currency, is hereby and forever **EXTINGUISHED**, and that clear title to such currency is hereby **VESTED** in the United States of America.

**IT IS FURTHER ORDERED, ADJUDGED** and **DECREED** that the United States Department of Treasury, or its delegatee, is hereby **AUTHORIZED** to dispose of such property in accordance with law.

Dated: August 6, 2010

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 6, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---