UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EIGHTY FOUR THOUSAND ONE HUNDRED
THREE DOLLARS AND THIRTEEN CENTS
($84,103.13) SEIZED FROM JP MORGAN BANK
ACCOUNT #716420930; THIRTEEN THOUSAND
THREE HUNDRED SIXTY FOUR DOLLARS IN
UNITED STATES CURRENCY ($13,364.00);

    Defendants *In Rem*.
_____/

Civil No. 10-cv-10742
Honorable George Caram Steeh
Magistrate Judge R. Steven Whalen

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Order Reopening Civil Forfeiture Case and for Entry of a Judgment on the Pleadings, for Summary Judgment or for Default Judgment, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant currency, which consists of proceeds in the amount of $84,103.13 from JP Morgan Bank Account #716420930 and $3,500 in cash is hereby **FORFEITED** to the United States of America pursuant to 7 U.S.C. § 2024(e), 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 984(a)(1) or any combination of the preceding.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interest of Reginald Camp or Leon Camp or their successors and assignees, in such

currency, and any right, title and interest of all other persons and properties, is hereby and forever **EXTINGUISHED**, and that clear title to such currency is hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Department of Treasury, or its delegatee, is hereby AUTHORIZED to dispose of such currency in accordance with law.

Dated:  November 2, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 2, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk